Roger W. Kirk, for appellant.

————————

THE STATE OF OHIO, APPELLEE, *v.* HAMMOND, APPELLANT.

[Cite as *State v. Hammond,* 124 Ohio St.3d 561, 2010-Ohio-1423.]

(No. 2009–1302—Submitted March 31, 2010—Decided April 7, 2010.)

————————

{¶ 1} The judgment of the court of appeals holding that appellant may be convicted of one count of attempted murder is affirmed, and the judgment of the court of appeals holding that appellant may not be convicted of two counts of felonious assault is reversed, on the authority of *State v. Williams,* 124 Ohio St.3d

————————

1. The late Chief Justice Thomas J. Moyer participated in the deliberations in, and the final resolution of, this case prior to his death.

381, 2010-Ohio-147, 922 N.E.2d 937. The judgment of the trial court is reinstated.

MOYER, C.J.,[1] and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent and would affirm the judgment of the court of appeals.

---

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Judith Anton Lapp, Assistant Prosecuting Attorney, for appellee.

Bruce K. Hust, for appellant.

MOYER, C.J.,[1] and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

